# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MIGUEL ARELLANES-DORANTE** : | **DOCKET NO. 2:23-cv-01184** |
| REG. # 48683-480 | **SECTION P** |
| **VERSUS** : | **JUDGE JAMES D. CAIN, JR.** |
| **FELIPE MARTINEZ, JR.** : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**. The government has provided ample support for its contention that petitioner is subject to a final order of removal. *See* doc. 11 and attachments. Accordingly, he cannot use the First Step Act time credits he has earned towards early release.

**THUS DONE AND SIGNED** in Chambers on the 27th day of November, 2023.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**